Joanne Carlson (State Bar No. 160898)
Attorney at Law
500 Lincoln Street
Santa Clara, CA 95050
Tel: 408/799-6090
Fax: 408/246-3713
joanne@joannecarlsonlaw.com
Attorney for Plaintiff
Silicon Turkey Solutions Inc.

Merton Howard (Bar No. 161125)
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Tel: 415-995-5033
Fax: 415-995-3441
mhoward@hansonbridgett.com
Attorneys for Defendants, Thermo Fisher Scientific Inc. and Thermo Keytek LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON TURNKEY SOLUTIONS INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THERMO FISHER SCIENTIFIC INC, a Delaware corporation, THERMO KEYTEK LLC, a Delaware limited liability company, and DOES 1-10,<br><br>Defendants. | No. CV10-4715PSG<br><br>STIPULATION AND REQUEST FOR ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME WITHIN WHICH TO FILE A RESPONSE TO THE COMPLAINT |

STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. CV10-4715PSG

2918804.1

1  Plaintiff Silicon Turnkey Solutions, Inc. ("STS") and Defendants Thermo Fisher
2  Scientific Inc. ("Thermo Fisher") and Thermo Keytek LLC ("Thermo Keytek"), by and
3  between their respective counsel, stipulate to the following:
4      1.    That the Case Management Conference set in the captioned action on
5  March 29, 2011, be continued for thirty (30) days, or as soon thereafter as may be
6  allowed; and
7      2.    That the Defendants' current deadline of March 28, 2011, to respond to the
8  Complaint in the captioned action be extended to April 27, 2011.
9  Such extension and continuance are necessary to facilitate the discussions
10 between Plaintiff and Defendants regarding resolution of this action. The parties have
11 reached an agreement in principle. Judicial economy will be served in that the
12 requested extension of time is necessary to finalize the agreement and prepare for
13 dismissal of the action.
14 Accordingly, the parties respectfully request that the Court enter the
15 accompanying proposed order.
16 IT IS SO STIPULATED.

Date: March 18, 2011

Joanne Carlson
Attorney for Plaintiff Silicon Turnkey
Solutions, Inc

Date: March 18, 2011

Merton Howard
Hanson Bridgett LLP
Attorneys for Defendants
Thermo Fisher Scientific Inc. and
Thermo Keytek LLC

- 2 -
STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE AND EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. CV10-4715PSG)

2918804 1

1
2                              **ORDER**
3       The Court, having reviewed the above Stipulation to Continue Case Management
4  Conference and Extend the Time to Respond to Complaint, HEREBY ORDERS AS
5  FOLLOWS:
6       The Case Management Conference, previously scheduled for March 29, 2011, at
7  2:00 p.m. in Courtroom 5, 4th Floor, of the U.S. District Court, 280 South 1st Street, San
8  Jose, CA, shall be continued ~~at least thirty (30) days~~ to <u>April 26, 2011 at</u> .2 p.m.
9  Defendants' deadline to respond to the Complaint in the captioned action is extended to
10 April ~~27, 2011~~ 19, 2011.  No further extensions will be granted.
11                                                    **IT IS SO ORDERED.**
12
    Dated: 3/21/2011                              _____Paul S. Grewal_____
13                                                    Hon. Paul S. Grewal
14
...
28                              - 3 -

STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE AND EXTEND TIME TO RESPOND TO COMPLAINT                    2918804.1
CASE NO. CV10-4715PSG)

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2011, I electronically filed the foregoing:

**STIPULATION AND REQUEST FOR ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND TO EXTEND THE TIME WITHIN WHICH TO FILE A RESPONSE TO THE COMPLAINT**

with the Clerk of the Court for the United States District Court, Northern District of California by using the designated CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: March 18, 2011

*Bridgette Marie Ollberding*
Bridgette Marie Ollberding